HOLLAND & KNIGHT LLP
Jacqueline N. Harvey (322165)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail: jacqueline.harvey@hklaw.com

Attorneys for Defendant
SPECIALIZED LOAN SERVICING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FLORES,<br><br>       Plaintiff,<br><br>   vs.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>       Defendant. | Case No.: 3:21-cv-00456<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441** |

   Defendant Specialized Loan Servicing, LLC ("SLS") hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and remove to the United States District Court for the Northern District of California, the cause of action currently pending in the Superior Court of the State of California in and for the County of Alameda, styled *Flores vs. Specialized Loan Servicing, LLC*, Case No. RS20081391, on the following grounds:

1

This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiff, Edwin Flores ("Plaintiff"), originally filed this civil action on or about November 10, 2020, in the Superior Court of the State of California, in and for the County of Alameda. Plaintiff is seeking monetary damages from the Defendant. As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice as **Exhibit 1**.

**A.   CONSENT TO REMOVAL**

1. Defendant Specialized Loan Servicing LLC is the only Defendant named.

**B.   TIMELINESS OF REMOVAL**

2. Defendant was on December 22, 2020. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

**C.   THE VENUE REQUIREMENT IS MET**

3. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

**D.   FEDERAL QUESTION AT ISSUE**

4. Plaintiff alleges purported claims under the Fair Credit Reporting Act. Regulation X, 12 C.F.R. § 1024.35. *See* Compl. Although Plaintiff has also asserted purposed claims alleging violation of the California Credit Reporting Act, Unfair Business Practices, negligence, breach of contract, *see id.*, pursuant to 28 U.S.C. § 1441(c)(1), the entire action may be removed as the action would be removable without the inclusion of the other claims.

5. Plaintiff's Complaint is removable to the United States District Court for the Northern District of California because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiff's claims provide the basis for this Court's jurisdiction as he has brought suit under the laws of the United States. Accordingly, SLS is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

**E.  NOTICE TO PARTIES AND TO THE CIRCUIT COURT**

6.  Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Superior Court of California in and for the County of Alameda, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, SLS respectfully requests that the above-styled action now pending against it in the Superior Court of California in and for the County of Alameda be removed to this Court.

Dated: January 19, 2021                HOLLAND & KNIGHT LLP

_____
Jacqueline N. Harvey

Attorneys for
SPECIALIZED LOAN SERVICING

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Tel: 415.743.6900
Fax: 415.743.6910

3
NOTICE OF REMOVAL                                          CASE NO.: 3:21-CV-00456

# EXHIBIT 1



**Computershare Governance Services, Inc.**

100 Beard Sawmill Road, Shelton, CT 06484

12/23/2020

Specialized Loan Servicing LLC
Bryan Sullivan
Computershare Inc.
6200 S. Quebec Street
Greenwood Village CO 80111

# SERVICE OF PROCESS NOTICE

Item: 2020-1482

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Specialized Loan Servicing LLC |
| 2. | **Title of Action:** | Edwin Flores vs. Specialized Loan Servicing LLC |
| 3. | **Document(s) Served:** | Plaintiff's Claim and Order to go to Small Claims Court |
| 4. | **Court/Agency:** | Alameda County Superior Court |
| 5. | **State Served:** | California |
| 6. | **Case Number:** | RS20081391 |
| 7. | **Case Type:** | Violations of the California Credit Reporting Act |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Tuesday 12/22/2020 |
| 10. | **Date to Client:** | Wednesday 12/23/2020 |
| 11. | **# Days When Answer Due: Answer Due Date:** | 29<br>Wednesday 01/20/2021    <u>CAUTION:</u> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Edwin Flores<br>Alameda, CA<br>(510) 504-4673 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 051 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At ComputerShare, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by United Agent Group Inc.

Phone: 866 820 7754, Option 2 l www.cgsregisteredagent.com

 **Plaintiff's Claim and ORDER to Go to Small Claims Court**

*Clerk stamps date here when form is filed.*

### Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

*Clerk fills in case number and case name:*

**Case Number:** RS20081391

**Case Name:** Flores VS Specialized Loan Servicing LLC

### Order to Go to Court

The people in ① and ② must go to court on: *(Clerk fills out section below)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 01/20/2021 | 09:00 AM | 105 | 661 Washington Street, Oakland |
| | 2. | | | |
| | 3. | | | |

Date: 11/10/2020     Clerk by,  digital , Deputy

### Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to www.courts.ca.gov/smallclaims/forms.
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 6 

| Plaintiff *(list names)*: | Case Number: |
|---|---|
| Edwin Flores | |

**(1) The plaintiff (the person, business, or public entity that is suing) is:** kimberlyrwalton441@gmail.com

Name: Edwin Flores   Phone: 510-504-4673

Street address: 2004 Annapolis Circle, Apt F   Alameda   CA   94501
  *Street   City   State   Zip*

Mailing address *(if different)*: _____
  *Street   City   State   Zip*

**If more than one plaintiff, list next plaintiff here:**

Name: _____   Phone: _____

Street address: _____
  *Street   City   State   Zip*

Mailing address *(if different)*: _____
  *Street   City   State   Zip*

☐ Check here if more than two plaintiffs and attach form SC-100A.
☐ Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.
☐ Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.

**(2) The defendant (the person, business, or public entity being sued) is:**

Name: SPECIALIZED LOAN SERVICING LLC   Phone: (800) 315-4757

Street address: 8742 LUCENT BLVD   HIGHLANDS RAN   CO   80129
  *Street   City   State   Zip*

Mailing address *(if different)*: _____
  *Street   City   State   Zip*

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: UNITED AGENT GROUP INC.   Job title, if known: Agent for Service of Process:

Address: 4640- Admiralty Way, 5th Floor.   Marina del Rey   CA   90292
  *Street   City   State   Zip*

☐ Check here if your case is against more than one defendant, and attach form SC-100A.
☐ Check here if any defendant is on active military duty, and write his or her name here: _____

**(3) The plaintiff claims the defendant owes $ 9,900**  . *(Explain below)*:

a. Why does the defendant owe the plaintiff money?

Defendant has committed violations to the California Credit Reporting Act: Failing to report accounts as disputed, Failing to get a deferment, Unfair business practices, Negligence, Breach of contract, Reporting false and erroneous information (Violation of section (609) of FCRA), Missing CA notice Fail to mark account as affectd by covid-19 and Failure to execute auto pay.

When did this happen? *(Date)*: May 30, 2020

b. If no specific date, give the time period: *Date started*: _____   *Through*: _____

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*

I have suffered many financial issues because of SPECIALIZED LOAN SERVICING LLC actions, such as financial life ruined, credit score drop month by month, emotional issues, family stress, etc.

☐ Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.

Revised January 1, 2020   **Plaintiff's Claim and ORDER to Go to Small Claims Court**   SC-100, Page 2 of 5
(Small Claims)   →

Plaintiff (list names): Edwin Flores

Case Number: RS20081391

④ **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property.**
Have you done this?  [X] Yes   [ ] No   *If no, explain why not:*

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies)*:
a. [X] (1) Where the Defendant lives or does business.
      (2) Where the plaintiff's property was damaged.
      (3) Where the plaintiff was injured.
      (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.
b. [ ] Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
c. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10)*
d. [ ] Where the buyer signed the contract, lives now, or lived, when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4)*
e. [ ] Other (specify): _____

⑥ List the zip code of the place checked in ⑤ above *(if you know)*: 94501

⑦ **Is your claim about an attorney-client fee dispute?** [ ] Yes  [X] No
If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here: [ ]

⑧ **Are you suing a public entity?** [ ] Yes  [X] No
If yes, you must file a written claim with the entity first. [ ] A claim was filed on *(date):* _____
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
[ ] Yes  [X] No   *If yes, the filing fee for this case will be higher.*

⑩ **Is your claim for more than $2500?** [X] Yes  [ ] No
If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2500 in California during this calendar year.

⑪ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**
I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date:  11/10/2020              **Edwin Flores**                          Signature on File
                                      *Plaintiff types or prints name here*        *Plaintiff signs here*
Date: _____
                                     *Second plaintiff types or prints name here*    *Second plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response*. *(Civ. Code, § 54.8.)*



**SC-100**    Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the defendant—the person being sued. The person who issuing you is the plaintiff.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you may not have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at www.courts.ca.gov/smallclaims/prepare.

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, Request for Accommodations. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible for a court-provided interpreter. You may use form INT-300 or local court form to request an interpreter. If a court interpreter is not available at the time of your trial, it may be necessary to reschedule your trial. You cannot bring your own interpreter for the trial unless the interpreter has been approved by the court as a certified, registered, or provisionally qualified interpreter. (See Cal. Rules of Court, rule 2.893, and form INT-140.)

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at www.courts.ca.gov/smallclaims/forms.

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot. appeal their own claims.)
- If you were at the trial, file form SC-140, Notice of Appeal. You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, Notice of Entry of Judgment.
- If you were not at the trial, fill out and file form SC-135, Notice of Motion to Vacate Judgment and Declaration, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/ smallclaims/appeals*.

**Do I have options?**
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case, the plaintiff must file form CIV-110, Request for Dismissal, with the clerk. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court before your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)·
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107 (Small Claims Subpoena) and have it served on the witness.
- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for more than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court and relates to the same contract, *transaction, matter, or event that is the subject of* the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's 's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above titled **"Small Claims Court."**
- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:
You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court and to all other people listed on your papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.
Call (510) 272-1393

Or go to *www.courts.ca.gov/smallclaims/advisor*

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).)

---

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**     SC-100, Page 4 of 6 

# SC-100 — Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en www.courts.ca.gov/reclamosmenores/preparese.

**¿Qué hago si necesito una adaptación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, Request for Accomodations. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Solicite un intérprete al secretario de la corte lo más pronto posible. Puede usar el formulario INT-300 o un formulario de su corte local. Si no está disponible un intérprete de la corte para su juicio, es posible que se tenga que cambiar la fecha de su juicio. No puede llevar su propio intérprete para el juicio a menos que el intérprete haya sido aprobado por la corte como un intérprete certificado, registrado, o provisionalmente calificado. (Vea la regla 2.893 de las Reglas de la Corte de California, y el formulario INT-140.)

**¿Dónde puedo obtener los formularios de la corte que se necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.).

- Si estuvo presente en el juicio, llene el formulario SC-140, Aviso de apelación (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, *Aviso de publicación del fallo* (Notice of Entry of Judgment).
- Si no estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140. Para obtener más información sobre las apelaciones, vea www.courts.ca.gov/reclamosmenores/apelaciones.

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso, el Demandante tiene que presentar el formulario CIV-110, Solicitud de desestimación (Request for Dismissal) ante el secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, *Citatorio de reclamos menores* (Small Claims Subpoena) y entrégueselo legalmente al testigo.

- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, *Reclamo del demandado* (Defendant's Claim) y presentarlo en el mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.



**¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.
Call (510) 272-1393
- visit www.courts.ca.gov/reclamosmenores/asesores

\* Excepciones: Existen diferentes límites en un reclamo contra un garante. . (Vea el Código de Procedimiento Civil, sección 116.220 (c).)



| SHORT TITLE: Flores VS Specialized Loan Servicing LLC | CASE NUMBER: RS20081391 |
|---|---|

ADDITIONAL ADDRESSEES

Edwin Flores
2004 Annapolis Circle
Apt F
Alameda, CA   94501
(510) 504-4673

Specialized Loan Servicing LLC
8742 Lucent Blvd
Highlands , CO   90129
(800) 315-4757

Revised January 1, 2017

**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's claim and
ORDER to Go to Small Claims Court)

SC-100, Page 6 of 6 →

## CONNECTING TO YOUR SMALL CLAIMS

*PLAINTIFF: YOU MUST SERVE THIS NOTICE ON DEFENDANT(S)*

You will connect to the hearing through the BlueJeans software. See https://www.bluejeans.com. For information on how to connect by telephone, smart phone, tablet, or computer, see https://support.bluejeans.com/s/topic/0TO2R000000kaiXWAQ/joining. Both iOS or Android are supported. Before the hearing, check your connection, audio, and video by joining a test meeting at bluejeans.com/111. **You may not record the proceedings.**

**BlueJeans Meeting ID**: 5106274713 (if assigned to Dept. 106), 5106274712 (if assigned to Dept. 105) or 5106902728 (if assigned to Dept. 519)

**Passcode**: 1801 (Monday hearings), 2802(Tuesday hearings), 3803 (Wednesday hearings), 4804 (Thursday hearings) or 5805 (Friday hearings)

**Video Connection**: Ensure that your device has a camera and an adequate power source and internet connection. Sit close to your Wi-Fi router or connect via Ethernet cable Make sure no one in your household is streaming video/audio during the hearing.

**Audio-Only Connection**: If you do not have a computer or smartphone, you can appear by telephone through BlueJeans. Call 408-915-6290 or 408-419-1715, and enter the Meeting ID and Passcode when prompted. Do not use a speakerphone.

**Connection Issues**: If you have trouble connecting, inform the clerk of your assigned department, at either (510) 627-4713 (Dept. 106), dept105@alameda.courts.ca.gov(Dept. 105) or (510) 690-2728 (Dept. 519). The clerk cannot provide technical assistance.

**Identify Yourself When You Log In**: After you log in, every participant must enter a first and last name. Attorneys may indicate a status (such as Esq., Atty, Counsel, etc.) next to their names.

**Conduct During the Hearing**: This is a formal court proceeding. Dress appropriately. Wait to speak until the bench officer calls on you. Mute yourself when you are not speaking. Avoid disruptions by choosing a quiet location away from other household members (especially children).

**Evidence**: Any evidence that you have not filed but that you want considered at the hearing must be in electronic form (PDF or JPEG) if at all possible. You must email or mail any evidence to the other side (plaintiff or defendant) so that it is received at least two court days before the hearing. On the day of your hearing, the court will tell you how to email the evidence to the court so that the bench officer can review it during your hearing.

**Witnesses:** When the court calls your case, advise the court if you plan to call a witness. Your witness should be available for the entire morning or afternoon that your case is called. When directed to do so by the court, you will need to contact your witness to tell him or her to join the hearing remotely using

their own BlueJeans connection (telephone, computer, or laptop). Provide a copy of this notice to any witness you intend to call.

*Interpreter Request/Special Needs*: If you need language translation and/or other accommodation, email your assigned Department (dept106@alameda.courts.ca.gov, dept105@alameda.courts.ca.gov or dept519@alameda.courts.ca.gov) as soon as possible.

*Mediation*: Please contact the court's ADR program if you are interested in free mediation, adrprogram@alameda.courts.ca.gov or (510) 891-6055.

**FAILURE TO COMPLY WITH THESE RULES MAY BE GROUNDS FOR EJECTION FROM THE HEARING, CONTINUANCE OF THE HEARING, AND MAY BE CONSIDERED CONTEMPT OF COURT.**

(REVISED AS OF 7/9/2020)