HOLLAND & KNIGHT LLP
Jacqueline N. Harvey (322165)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Fax:  415.743.6910
E-mail: jacqueline.harvey@hklaw.com

Attorneys for Defendant
SPECIALIZED LOAN SERVICING

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
3/10/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FLORES,<br><br>   Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>   Defendant. | Case No.: 4:21-cv-00456<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: November 10, 2020<br>Removed: January 19, 2021 |

1

Plaintiff Edwin Flores ("Flores") and Specialized Loan Servicing LLC ("SLS"), hereby stipulate and agree as follows:

**WHEREAS**, on November 10, 2020, Flores filed a complaint against SLS in the Superior Court of California, Alameda County, Case No. RS20081391 (the "State Court Action").

**WHEREAS**, on January 19, 2021, SLS removed the State Court Action to the United States District Court for the Northern District of California, Case No. 3:21-cv-00456 (the "Federal Court Action");

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Flores and SLS agree that the Federal Court Action should be dismissed in its entirety with prejudice.

**NOW**, **THEREFORE**, it is hereby stipulated and agreed that the Federal Court Action shall be and hereby is dismissed in its entirety with prejudice. The parties shall each bear their own fees and costs, respectively.

**IT IS SO STIPULATED.**

Dated: March 3, 2021            Edwin Flores, Plaintiff, *in pro per*

_____
Edwin Flores

Dated: February 17, 2021        HOLLAND & KNIGHT LLP

_____
Jacqueline N. Harvey

Attorneys for
SPECIALIZED LOAN SERVICING

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

2

STIPULATION OF VOLUNTARY DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE                CASE NO.: 3:21-CV-00456